IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Beverly LeBlanc, <br><br> Plaintiff, <br><br> vs. <br><br> Sunset Management, Inc. and Wayne Greene, <br><br> Defendants. | C/A No.: 3:16-577-SVH |
| Laressa B. Brantley, <br><br> Plaintiff, <br><br> vs. <br><br> Sunset Management, Inc. and Wayne Greene, <br><br> Defendants. | C/A No.: 3:16-578-SVH |

RUBIN ORDER

The court having been advised by counsel for the parties that the above actions have been settled,

IT IS ORDERED that the actions are hereby dismissed without costs and without prejudice. If settlement is not consummated within a reasonable time, any party may within 60 days petition the court to reopen the action(s) and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, any party may within 60 days petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

*[signature: Shiva V. Hodges]*

October 31, 2017　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　 United States Magistrate Judge